United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-15513-ref
David Michael Solomon                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela           Page 1 of 2              Date Rcvd: Aug 24, 2017
                       Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
```
db              David Michael Solomon,    547 E. 4th St.,    Northampton, PA  18067-1993
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13773783       +Alpha Recovery Corp.,    5660 Greenwood Plaza Blvd Ste 101N,    Greenwood Village, CO 80111-2417
13783331       +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                 Arlington, TX 76096-3853
13773784        American Medical Collection Agency,    Quest Diagnostics Inc.,    4 Chester Ave Ste 110,
                 Elmsford, NY  10523-3402
13868350       +Americredit Financial Services, Inc.,    c/o William E. Craig, Esq.,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
13803524       +COLLEGE ASSIST,    PO BOX 16358,    ST. PAUL, MN 55116-0358
13773786        Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC  28272-1083
13773787        GM Financial,    PO Box 78143,    Phoenix, AZ  85062-8143
13773788        Jane Deutsch,    547 E 4th St,    Northampton, PA  18067-1993
13773789       +Jefferson Capital Systems, LLC,    5660 Greenwood Plaza Blvd., Ste. 101,
                 Greenwood Village, CO 80111-2417
13773790        Kim Derr,    609 Reservoir St,    Allentown, PA  18103-3230
13773791        Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, PA  19178-1733
13926243       +Morgan Stanley Mortgage Loan,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                 701 Market Steret, Suite 5000,    Philadelphia, PA 19106-1541
13792357        Northampton Borough Municipal Authority,    1 Clear Springs Dr.,    Northampton, PA  18067
13773792       +Northampton Borough Municipal Authority,    PO Box 156,    Northampton, PA 18067-0156
13773793        Northampton County District Attorney,    PO Box 1150,    Easton, PA  18044-1150
13773794        Patricia Solomon,    547 E 4th St,    Northampton, PA  18067-1993
13773795        Premiere Credit,    PO Box 19309,    Indianapolis, IN  46219-0309
13773797        Specialized Loan Servicing,    PO Box 620188,    Atlanta, GA  30362-2188
13773798        St. Luke's Physician Group,    P.O. Box 5386,    Bethlehem, PA  18015-0386
13773800      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:  T-Mobile,     PO Box 742596,    Cincinnati, OH  45274-2596)
13812763       +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13773801       +U.S. Bank, N.A.,    Wells Fargo Bank, N.A.,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
13794052       +US Bank, NA,    c/o Jerome Blank, Esq.,    1617 JFK Bouelvard, Suite 1400,    1 Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13773802        Wegman's Credit Department,    PO Box 30844,    Rochester, NY  14603-0844
13804759       +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Aug 25 2017 01:17:51     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2017 01:17:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2017 01:17:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13773785       +E-mail/Text: leroyb@enter.net Aug 25 2017 01:17:47     Borough Of Northampton,
                 1401 Laubach Ave.,    Northampton, PA 18067-1677
13822728        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2017 01:17:52     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13806993       +E-mail/Text: colleen.atkinson@rmscollect.com Aug 25 2017 01:18:18
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13773796        E-mail/Text: colleen.atkinson@rmscollect.com Aug 25 2017 01:18:18
                 Receivables Management Systems,    Patient First,    PO Box 8630,    Richmond, VA  23226-0630
13773799        E-mail/Text: nailda@centralcreditaudit.com Aug 25 2017 01:18:19     Statewide Tax Recovery,
                 PO Box 752,    Sunbury, PA  17801-0752
                                                                                              TOTAL: 8
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13773782        16-15513
13777995        AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Angela                Page 2 of 2                   Date Rcvd: Aug 24, 2017
                              Form ID: pdf900             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   US Bank National Association, As Trustee SII to Bank of
               America NA etal paeb@fedphe.com
              KEVIN K. KERCHER    on behalf of Debtor David Michael Solomon kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-8XS, US
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank N bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust et. al.
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DAVID MICHAEL SOLOMON
                                                    : Bankruptcy No. 16-15513REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: August 24, 2017**
                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL PA 18052-

DAVID MICHAEL SOLOMON
547 E. 4TH ST.
NORTHAMPTON,PA.18067-1993